IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**AMANDA EUTENEIER,**

    Plaintiff,

v.

**QUALITY LOAN SERVICE CORPORATION OF WA,**

    Defendants.

No. 3:18-cv-01376-MO

OPINION AND ORDER

**MOSMAN, J.,**

In my August 16, 2018, Order to Proceed *In Forma Pauperis* [11], Plaintiff was ordered to complete the following actions within thirty days: 1) prepare an original summons for each defendant and submit it to the Clerk of Court for issuance; 2) provide the original and sufficient service copies of the issued summons, the complaint, and any scheduling order for service upon each defendant to the Clerk of Court for service; and 3) complete the U.S. Marshals Service Form 285 for each defendant and submit them to the Clerk of Court. The thirty-day deadline was September 17, 2018. Plaintiff has not filed proof of service or summons, nor has Defendant waived service.

Therefore, per Local Rule 41-2(a), Plaintiff is ordered to respond to the Court, in writing, within fourteen days of the date of this order.

1 – ORDER TO SHOW CAUSE

Plaintiff's response shall either provide the materials required in the August 16, 2018, Order to Proceed *In Forma Pauperis* [11] or notify the Court that Plaintiff will serve Defendants pursuant to Fed. R. Civ. P. 4 without the aid of the U.S. Marshals Service. If no response is filed, this case will be dismissed.

DATED this 24 day of May, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge

2 – ORDER TO SHOW CAUSE